Darnell A. ALLEN, Jr., Petitioner—
Appellant,

v.

Thomas MCBRIDE, Warden, Mount
Olive Correctional Complex,
Respondent—Appellee.

No. 06–6605.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 2, 2006.

Decided: Jan. 26, 2007.

Darnell A. Allen, Jr., Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell A. Allen, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Allen's motion for appointment of counsel and affirm for the reasons stated by the district court. *See Allen v. McBride*, No. 2:05–cv–00016–REM, 2006 WL 681134 (N.D.W.Va. Mar. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*